IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SARA BEATY, ) | |
| ) | |
| v. ) | 2:09-0023 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security ) | |

**O R D E R**

Before the Court is a Defendant's Motion For Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), Document #10, and Defendant's Memorandum in Support of Motion, Document #11. No objections have been filed.

Defendant's Motion to Remand for further evaluation, Document #10, is **GRANTED**, and the Administrative Law Judge shall provide Plaintiff with a copy of Dr. Cox's consultative examination report and allow Plaintiff the opportunity to review and comment upon the report and seek a supplemental hearing. This Order closes the case.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge